United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.  NO. 3:21-cr-48-TJC-PDB

**KIMBERLY MICHELLE CLARIDY WALKER**

_____

## Report and Recommendation Concerning Guilty Plea

On February 23, 2022, by consent, the defendant appeared before me under Federal Rule of Criminal Procedure 11 and Local Rule 1.02 (a) and pleaded guilty to counts one and four of the superseding indictment. After cautioning her and examining her under oath concerning each Rule 11 matter, I found her pleas were knowingly, freely, intelligently, and voluntarily made, and the facts that she admitted establish the elements of the charged offenses. I therefore recommend that the Court accept her pleas and adjudicate her guilty of counts one and four of the superseding indictment. The parties agreed to waive the 14-day period to object to this report and recommendation.

**Done** in Jacksonville, Florida, on February 23, 2022.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: The Honorable Timothy Corrigan, Chief United States District Judge
Chip Corsmeier, Assistant United States Attorney
Dale Carson, Esquire
Jessica Goldsborough, Esquire
United States Probation