UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   Case No. 3:21-cr-48-TJC-PDB

NEAL MERRELL WALKER
KIMBERLY MICHELLE CLARIDY WALKER

## UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE

Pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, the United States of America moves for a Final Order of Forfeiture for the following assets:

(1) a Rolex Datejust watch, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(2) a Rolex Day-Date watch, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(3) a gold necklace containing large lion head charm with clear and red stones, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(4) a gold necklace with small lion head charm, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(5) a large gold chain link bracelet, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(6) a gold chain link necklace containing clear stones, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(7)  a gold diamond cut bracelet, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(8)  a gold bracelet with circular flowers and clear stones, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(9)  a gold bracelet containing large X's with clear stones, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(10) a gold bracelet containing smaller X's with clear stones, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(11) a Christian Louboutin purse, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(12) a Christian Louboutin belt, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021, and

(13) a pair of Versace shoes, size 38, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021.

In support of its motion, the United States submits the following memorandum of law.

## MEMORANDUM OF LAW

I.  **Statement of Facts**

1.  On September 15, 2022, the Court entered Preliminary Orders of Forfeiture for the assets described above, pursuant to 21 U.S.C. § 853. Docs. 371, 372.

2. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from September 17, 2022, and continuing through October 16, 2022. Doc. 376. The publication gave notice to all third parties with a legal interest in the assets to file with the Clerk of the Court, 300 N. Hogan Street, Suite 9-150, Jacksonville, Florida 32202, a petition to adjudicate their interests within 60 days of the first date of publication.

3. No third party has filed a claim to the assets and the time for doing so has expired.

## II. <u>Applicable Law</u>

Pursuant to 21 U.S.C. § 853(n)(7), following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 853(n)(2), "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." 21 U.S.C. § 853(n)(7). It is then appropriate for the Court to enter a final order of forfeiture in accordance with Rule 32.2(c)(2).

As required by 21 U.S.C. § 853(n), the United States published notice of the forfeiture on the official government website, www.forfeiture.gov, from September 17, 2022, and continuing through October 16, 2022. Doc. 376.

Publication by internet is permitted in civil cases pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and

Assets Forfeiture Actions, of the Federal Rules of Civil Procedure. Federal Rule of Criminal Procedure 32.2(b)(6)(C) provides that publication of notice of criminal forfeiture may be made by any means described in Supplemental Rule G(4)(a)(iv). Publication gave notice to all those who might have an interest in the subject property of the United States' and its intent to dispose of the assets and gave instructions on filing a petition to adjudicate their interests in the assets. In accordance with those provisions, a person or entity had 60 days from the first date of publication to file a petition with the District Court to adjudicate his interest. In this instance, the first date of internet publication was September 17, 2022. Accordingly, the final date for those who did not receive direct written notice to file a petition to adjudicate an interest in the assets was November 16, 2022, and the time for filing such a petition has expired.

No person, other than the defendants, whose interest were forfeited to the United States in the Preliminary Orders of Forfeiture is known to have any potential interest in the assets. No one has filed a petition or claimed an interest in the assets. The time for filing a petition has expired.

Publication having been effected, and no claim or petition to adjudicate an interest having been filed, it is now appropriate for the Court to enter a Final Order of Forfeiture for the assets.

## III.  Conclusion

The United States requests that, pursuant to 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), the Court enter a final order forfeiting to the United States all right, title and interest in the assets for disposition according to law and vesting clear title to the property in the United States.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By: *s/ Mai Tran*
MAI TRAN
Assistant United States Attorney
Florida Bar No. 100982
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-Mail: mai.tran2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/ Mai Tran*
MAI TRAN
Assistant United States Attorney