UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 3:21-cr-48-TJC-PDB

NEAL MERRELL WALKER
KIMBERLY MICHELLE CLARIDY WALKER

**FINAL ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for a final order of forfeiture for the following assets, which were subject to a September 13, 2022, preliminary orders of forfeiture (Docs. 371, 372):

(1) a Rolex Datejust watch, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(2) a Rolex Day-Date watch, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(3) a gold necklace containing large lion head charm with clear and red stones, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(4) a gold necklace with small lion head charm, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(5) a large gold chain link bracelet, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(6) a gold chain link necklace containing clear stones, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(7)     a gold diamond cut bracelet, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(8)     a gold bracelet with circular flowers and clear stones, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(9)     a gold bracelet containing large X's with clear stones, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(10)     a gold bracelet containing smaller X's with clear stones, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(11)     a Christian Louboutin purse, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(12)     a Christian Louboutin belt, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021, and

(13)     a pair of Versace shoes, size 38, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021.

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from September 17, 2022, and continuing through October 16, 2022, the United States published at www.forfeiture.gov notice of the forfeiture and of the intent to dispose of the assets. Doc. 376. The publication notified each interested third-party to file a petition to adjudicate their interest within 60 days of the first day of publication and with the Clerk of the Court, 300 N. Hogan Street, Suite 9-150, Jacksonville, Florida 32202.

Other than the defendants, whose interests were previously forfeited to the United States, no one has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

The United States' motion, (Doc. 381), is GRANTED. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets are CONDEMNED and FORFEITED to the United States for disposition according to law.   Clear title to the assets now vests in the United States of America.

DONE and ORDERED in Jacksonville, Florida, this ___8___ day of ___Feb___, 2023.

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE

Copies to:
AUSA Mai Tran
Counsel of Record