United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

   *Plaintiff,*

v.   NO. 3:21-cr-48-TJC-PDB

**KIMBERLY MICHELLE CLARIDY WALKER,**

   *Defendant.*

---

# Order

The Court will conduct an in camera hearing on **February 21, 2023, at 2:00 p.m.,** at the Bryan Simpson United States Courthouse, Courtroom 5B, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida, 32202, to discuss defense counsel's motion to withdraw and for the appointment of counsel for the appeal, Doc. 454.

Dale Carson, Esquire, and Jessica Goldsborough, Esquire, should be prepared to present the information necessary to conduct a review under section (d)(2) of Addendum Four of the Eleventh Circuit Plan Under the Criminal Justice Act. That section provides:

> If a party was represented in the district court by counsel appointed under the Act, such counsel shall be mindful of the obligation and responsibility to continue representation on appeal until either successor counsel is appointed under the Act or counsel is relieved by order of this court. *See* § (e)(1) … . Retained counsel for a criminal defendant has an obligation to continue to represent that defendant until successor counsel either enters an appearance or is appointed under the Act, and may not abandon or cease representation of a

defendant except upon order of this court. Unless approved in advance by this court, the district court is not authorized to appoint counsel on appeal to represent a defendant who was represented in the district court by retained counsel without first conducting an in camera review of the financial circumstances of the defendant and of the fee arrangements between the defendant and retained trial counsel.

**Ordered** in Jacksonville, Florida, on February 17, 2023.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:  Chip Corsmeier, Assistant United States Attorney
Dale Carson, Esquire
Jessica Goldsborough, Esquire