United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.   NO. 3:21-cr-48-TJC-PDB

**KIMBERLY MICHELLE CLARIDY WALKER,**

    *Defendant.*

---

# Order

The defendant has filed a pro se motion for the return of three cars and a motorcycle administratively forfeited by the Bureau of Alcohol, Tobacco, and Firearms, *see* Doc. 281, and other personal property that was criminally forfeited through the final judgment of conviction, *see* Doc. 434 (citing Doc. 371). Doc. 490. A direct appeal of the final judgment of conviction is pending. *See* Doc. 453.

The United States must respond to the motion, Doc. 490, by **May 15, 2023**. The defendant's appellate counsel must reply to the response by **May 27, 2023**.

Counsel must address the effect of the appeal on this Court's jurisdiction to decide the motion, including the part of the motion concerning property that was administratively forfeited and not part of the criminal judgment. *See* Fed. R. Crim. P. 41(g) (rule governing a motion for the return of seized property

during a criminal case); *United States v. Dean*, 80 F.3d 1535, 1542 (11th Cir. 1996) (explaining equitable or anomalous jurisdiction to order the return of seized property when no criminal case is pending); *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.").

**Ordered** in Jacksonville, Florida, on May 1, 2023.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:  Chip Corsmeier, Assistant United States Attorney
    Gray Richard Proctor, Esquire
    Kimberly Michelle Claridy Walker