UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.     Case No. 3:21-cr-48-TJC-PDB

KIMBERLY MICHELLE CLARIDY WALKER

### DECLARATION OF MARCELLA C. DAVIS

1. I, Marcella C. Davis, declare that I am the Division Operations Officer for the Asset Forfeiture Division for the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and in that capacity supervised forfeiture activities within the ATF as the Asset management Branch Chief from December 10, 2017, through June 18, 2023.

2. I affirm that, in the course of my official duties as the Asset Management Branch Chief from December 10, 2017, through June 18, 2023, I supervised and monitored the forfeiture activities of ATF field offices and received reports and inquiries from those field offices regarding all facets of forfeiture matters.

3. I declare that material related to the property, which is the subject matter in the above-captioned action, is contained in one file in my office and has been copied onto compact disc.

4. The file, captioned as ATF Case No. 767060-20-0052 and the following Asset Identification Numbers, contain, but are not limited to, the following information:

**EXHIBIT A**

    a.    ATF Asset ID Number 21-ATF-015364 represents a 2015 BMW 5501, VIN WBAKN9C58FD960901 seized from Neal Walker in Jacksonville, Florida, by ATF Agents on April 13, 2021;

    b.    ATF Asset ID Number 21-ATF-015366 represents a 2015 Lexus IS 250, VIN JTHBF1D2XF5052478 seized from Kimberly Walker in Jacksonville, Florida, by ATF Agents on April 13, 2021;

    c.    ATF Asset ID Number 21-ATF-015370 represents a 2013 Audi AS L Quattro, VIN WAURGAFD7DN001297 seized from Neal Walker in Jacksonville, Florida, by ATF Agents on April 13, 2021; and

    d.    ATF Asset ID Number 21-ATF-015368 represents a 2020 Ryker Rally Edition motorcycle, VIN 3JB2GEG25LJ000932, by ATF Agents on April 13, 2021.

5.    For the above-described assets, the ATF office in Miami, Florida, subsequently prepared and submitted a forfeiture report to this office. An attorney or paralegal reviewed this report to determine if the ATF field office provided adequate information to support administrative forfeiture proceedings against the property. This procedure included a legal review of the evidence that existed to seize the property. Based on this thorough review, the ATF accepted this case for administrative forfeiture.

6.    On June 8, 2021, pursuant to 19 U.S.C. §§ 1602-1621 and 18 U.S.C. § 983, the ATF sent written notice of this seizure via FedEx, Adult Signature Required, to Kimberly Walker, 7253 Michael Terrace, Jacksonville, FL, 32222-1938. Notice was accepted June 10, 2021 (Exhibit 1). Written notice was also sent by certified mail, return receipt requested, to Kimberly Walker, at the Bradford Country

Jail, Post Office Box 310, Starke, FL 32091-0310. Notice was received June 15, 2021. (Exhibit 2).

7. Pursuant to 19 U.S.C. §§ 1602-1621, the seizure of the property was published on the official government website, www.forfeiture.gov, from May 10, 2021, through June 8, 2021. The published and mailed notices explained the option of filing a claim with the ATF Forfeiture Counsel in order to contest a forfeiture action in United States District Court. Pursuant to 18 U.S.C. § 983(a), the published and mailed notices also stated that the deadline to file a claim was July 13, 2021. In addition, the published and mailed notices explained the option of filing a petition for remission or mitigation.

8. On August 18, 2021, after there had not been any properly executed claim received, and after the time limit for filing said claim expired, the ATF forfeited the property to the United States pursuant to 19 U.S.C. §§ 1602-1621 (Exhibit 3).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 29 day of June, 2023.

Marcella C. Davis
Division Operations Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives
99 New York Avenue, 3E.437
Washington, DC 20226

June 10, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 773876354146

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | B.WILLIAMS | **Delivery Location:** | 7253 MICHAEL TER |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday;<br>Residential Delivery;<br>Adult Signature Required | | JACKSONVILLE, FL, 32222 |
| | | **Delivery date:** | Jun 10, 2021 13:22 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 773876354146 | **Ship Date:** | Jun 8, 2021 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Kimberly Walker,
7253 Michael Terrace
JACKSONVILLE, FL, US, 32222

**Shipper:**
RCS, U.S. Department of Justice
99 New York Avenue, NE
AFSPD  Room (3.N.600)
Washington, DC, US, 20226

**Reference**          767060-20-0052



Thank you for choosing FedEx

**EXHIBIT A1**



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Washington, DC  20226*
*www.atf.gov*

Kimberly Walker
7253 Michael Terrace
Jacksonville, FL 32222-1938

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| | |
|---|---|
| **Notice Date:** June 8, 2021 | **Asset ID Number:** Multiple Assets |
| **Notice Letter ID:** 267880 (use ID when searching for assets during online filing) ||
| **Description of Seized Property:** See Attached List ||
| **Seizure Date and Location:** See Attached List ||
| **Forfeiture Authority:** See Attached List ||

I. **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

   **TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

   A. **What to File**: You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.
   B. **To File a Petition:**  A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue., NE AFSPD Room (3.N.600), Washington, DC 20226.  It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice.  *See* 28 C.F.R. Parts 8 and 9.
   C. **Requirements for Petition:**  The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. § 1746.
   D. **Petition Forms:**  A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm.  If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.
   E. **Supporting Evidence**:  Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.
   F. **No Attorney Required:**  You do not need an attorney to file a petition.  You may, however, hire an attorney to represent you in filing a petition.
   G. **Petition Granting Authority:**  The ruling official in administrative forfeiture cases is the Associate Chief Counsel, Office of Chief Counsel.  The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice.  *See* 28 C.F.R. § 9.1.
   H. **Regulations for Petition:**  The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.
   I. **Penalties for Filing False or Frivolous Petitions:**  A petition containing false information may subject the petitioner to criminal prosecution under 18 U.S.C. § 1001 and 18 U.S.C. § 1621.
   J. **Online Petition Exclusions:**  If you cannot find the desired assets online, you must file your petition in writing at the address listed above.  For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

Kimberly Walker                                              Notice of Seizure

II. **TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.** *If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

   A. **To File a Claim:**  A claim must be filed to contest the forfeiture.  A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the ATF, Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue., NE AFSPD Room (3.N.600), Washington, DC 20226.
   B. **Time Limits**:  A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST** on **July 13, 2021**.  *See* 18 U.S.C. § 983(a)(2).  A claim is deemed filed on the date received by the agency at the address listed above.
   C. **Requirements for Claim**:  A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.
   D. **Claim Forms**:  A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm.  *See* 18 U.S.C. § 983(a)(2)(D).  If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.
   E. **Supporting Evidence**:  Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.
   F. **No Attorney Required**:  You do not need an attorney to file a claim.  You may, however, hire an attorney to represent you in filing a claim.
   G. **When You File a Claim**:  A timely claim stops the administrative forfeiture proceeding.  The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings.  You may also file a petition for remission or mitigation.
   H. **Penalties for Filing False or Frivolous Claims:**  If you intentionally file a frivolous claim you may be subject to a civil fine.  *See* 18 U.S.C. § 983(h).  If you intentionally file a claim containing false information, you may be subject to criminal prosecution.  *See* 18 U.S.C. § 1001.
   I. **If No Claim is Filed**:  Failure to file a claim by **11:59 PM EST** on **July 13, 2021** may result in the property being forfeited to the United States.
   J. **Online Claim Exclusions:**  If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above.  For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

III. **TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP**

   A. **Hardship Release**:  Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. 983(f); 28 C.F.R. § 8.15.
   B. **To File Hardship Release:**  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following:
      - Claimant has a possessory interest in the property;
      - Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
      - Government's continued possession will cause a substantial hardship to the claimant.
   C. **Regulations for Hardship:**  A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15.  Some assets are not eligible for release.

Kimberly Walker                                       Notice of Seizure

**Asset List**

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on April 13, 2021 by the ATF at Jacksonville, Florida.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 18 USC Section 924(d) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 21-ATF-017328 | Jimenez Arms J.A.380 Pistol CAL:380 SN:287597 | $100.00 | 287597 |

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on April 13, 2021 by the ATF at Jacksonville, Florida.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 18 USC Section 981(a)(1)(C) A and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 21-ATF-015364 | 2015 BMW Model: 550i 4-Door VIN: WBAKN9C58FD96090 MILEAGE: 120492 | $17,000.00 | WBAKN9C58FD960901 |
| 21-ATF-015366 | 2015 Lexus Model:IS 250 4-Door Black VIN: JTHBF1D2XF5052478 MILEAGE: 89067 | $15,675.00 | JTHBF1D2XF5052478 |
| 21-ATF-015368 | 2020 CAN-AM Ryker Rally Edition 900 ACE 20 MC Motorcycle VIN: 3JB2GEG25LJ000932 MILEAGE: 2344 | $8,020.00 | 3JB2GEG25LJ000932 |
| 21-ATF-015370 | 2013 Audi A8 L Quattro 4-Door VIN: WAURGAFD7DN001297 MILEAGE: 93122 | $14,475.00 | WAURGAFD7DN001297 |

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on April 13, 2021 by the ATF at Jacksonville, Florida.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 21 USC Section 881 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 21-ATF-019585 | $10,970.00 U.S. Currency | $10,970.00 | |
| 21-ATF-019591 | $68,065.00 U.S. Currency | $68,065.00 | |
| 21-ATF-019592 | $52,955.00 U.S. Currency | $52,955.00 | |
| 21-ATF-019593 | $9,949.00 U.S. Currency | $9,949.00 | |
| 21-ATF-019777 | $8,517.00 U.S. Currency | $8,517.00 | |
| 21-ATF-020069 | $606.86 U.S. Currency | $606.86 | |
| 21-ATF-020071 | $682.00 U.S. Currency | $682.00 | |
| 21-ATF-020078 | $26.75 U.S. Currency | $26.75 | |
| 21-ATF-020079 | $343.00 U.S. Currency | $343.00 | |
| 21-ATF-020082 | $3,745.00 U.S. Currency | $3,745.00 | |
| 21-ATF-020085 | $755.00 U.S. Currency | $755.00 | |
| 21-ATF-020087 | $258.00 U.S. Currency | $258.00 | |
| 21-ATF-020089 | $130.00 U.S. Currency | $130.00 | |
| 21-ATF-020094 | $140.00 U.S. Currency | $140.00 | |
| 21-ATF-020095 | $5.00 U.S. Currency | $5.00 | |
| 21-ATF-020105 | $111.00 U.S. Currency | $111.00 | |
| 21-ATF-020108 | $140.00 U.S. Currency | $140.00 | |

Kimberly Walker                                    Notice of Seizure

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on April 15, 2021 by the ATF at Jacksonville, Florida.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 18 USC Section 924(d) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 21-ATF-017337 | 37 Rounds Tula Cartridge Works-Russia Ammunition CAL:45 | $3.70 | |

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on May 12, 2021 by the ATF at Jacksonville, Florida.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 21 USC Section 881 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 21-ATF-020679 | NAVY FEDERAL CREDIT UNION CASHIER'S CHECK IN THE AMOUNT OF $4,387.76 CHECK #2602223833 | $4,387.76 | 7091284435 |

# USPS Tracking®

FAQs >

**767060-20-0052
Kimberly Walker
Bradford County Jail
PO Box 310
Starke,  FL  32091-0310**

Track Another Package  +

Remove ✕

**Tracking Number:** 70052570000222961976

Your item was delivered at 10:41 am on June 15, 2021 in STARKE, FL 32091.

## Delivered

June 15, 2021 at 10:41 am
STARKE, FL 32091

Feedback

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∧

**June 15, 2021, 10:41 am**
Delivered
STARKE, FL 32091
Your item was delivered at 10:41 am on June 15, 2021 in STARKE, FL 32091.

---

**June 11, 2021, 8:41 am**
Available for Pickup
STARKE, FL 32091

---

**June 11, 2021, 8:33 am**
Arrived at Post Office
STARKE, FL 32091

**EXHIBIT A2**

**June 10, 2021, 8:48 pm**
Departed USPS Regional Facility
JACKSONVILLE FL DISTRIBUTION CENTER

**June 10, 2021, 6:30 am**
Arrived at USPS Regional Facility
JACKSONVILLE FL DISTRIBUTION CENTER

**June 9, 2021**
In Transit to Next Facility

**June 8, 2021, 11:19 pm**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**June 8, 2021, 10:41 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

Feedback

**Product Information** ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Washington, DC  20226*
*www.atf.gov*

Kimberly Walker
Bradford County Jail
PO Box 310
Starke, FL 32091-0310

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| | |
|---|---|
| **Notice Date:** June 8, 2021 | **Asset ID Number:** Multiple Assets |
| **Notice Letter ID:** 267879 (use ID when searching for assets during online filing) ||
| **Description of Seized Property:** See Attached List ||
| **Seizure Date and Location:** See Attached List ||
| **Forfeiture Authority:** See Attached List ||

I. **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

   **TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

   A. **What to File**:  You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.
   B. **To File a Petition:**  A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue., NE AFSPD Room (3.N.600), Washington, DC 20226.  It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice.  *See* 28 C.F.R. Parts 8 and 9.
   C. **Requirements for Petition:**  The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. § 1746.
   D. **Petition Forms:**  A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm.  If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.
   E. **Supporting Evidence**:  Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.
   F. **No Attorney Required:**  You do not need an attorney to file a petition.  You may, however, hire an attorney to represent you in filing a petition.
   G. **Petition Granting Authority:**  The ruling official in administrative forfeiture cases is the Associate Chief Counsel, Office of Chief Counsel.  The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice.  *See* 28 C.F.R. § 9.1.
   H. **Regulations for Petition:**  The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.
   I. **Penalties for Filing False or Frivolous Petitions:**  A petition containing false information may subject the petitioner to criminal prosecution under 18 U.S.C. § 1001 and 18 U.S.C. § 1621.

Kimberly Walker                                              Notice of Seizure

- J. **Online Petition Exclusions:**  If you cannot find the desired assets online, you must file your petition in writing at the address listed above.  For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

II. **TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.**  *If you do not file a claim, you will waive your right to contest the forfeiture of the asset.  Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

- A. **To File a Claim:**  A claim must be filed to contest the forfeiture.  A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the ATF, Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue., NE AFSPD Room (3.N.600), Washington, DC 20226.
- B. **Time Limits**:  A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST** on **July 13, 2021**.  *See* 18 U.S.C. § 983(a)(2).  A claim is deemed filed on the date received by the agency at the address listed above.
- C. **Requirements for Claim**:  A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.
- D. **Claim Forms**:  A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm.  *See* 18 U.S.C. § 983(a)(2)(D).  If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.
- E. **Supporting Evidence**:  Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.
- F. **No Attorney Required**:  You do not need an attorney to file a claim.  You may, however, hire an attorney to represent you in filing a claim.
- G. **When You File a Claim**:  A timely claim stops the administrative forfeiture proceeding.  The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings.  You may also file a petition for remission or mitigation.
- H. **Penalties for Filing False or Frivolous Claims:**  If you intentionally file a frivolous claim you may be subject to a civil fine.  *See* 18 U.S.C. § 983(h).  If you intentionally file a claim containing false information, you may be subject to criminal prosecution.  *See* 18 U.S.C. § 1001.
- I. **If No Claim is Filed**:  Failure to file a claim by **11:59 PM EST** on **July 13, 2021** may result in the property being forfeited to the United States.
- J. **Online Claim Exclusions:**  If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above.  For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

III. **TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP**

- A. **Hardship Release**:  Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions.  *See* 18 U.S.C. 983(f); 28 C.F.R. § 8.15.
- B. **To File Hardship Release:**  The hardship request cannot be filed online and must be in writing.  The claimant must establish the following:
    - Claimant has a possessory interest in the property;
    - Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
    - Government's continued possession will cause a substantial hardship to the claimant.
- C. **Regulations for Hardship:**  A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15.  Some assets are not eligible for release.

Kimberly Walker                                         Notice of Seizure

**Asset List**

**Seizure Date and Location:**  The asset(s) referenced in this notice letter were seized on April 13, 2021 by the ATF at Jacksonville, Florida.

**Forfeiture Authority:**  The forfeiture of this property has been initiated pursuant to 18 USC Section 924(d) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 21-ATF-017328 | Jimenez Arms J.A.380 Pistol CAL:380 SN:287597 | $100.00 | 287597 |

**Seizure Date and Location:**  The asset(s) referenced in this notice letter were seized on April 13, 2021 by the ATF at Jacksonville, Florida.

**Forfeiture Authority:**  The forfeiture of this property has been initiated pursuant to 18 USC Section 981(a)(1)(C) A and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 21-ATF-015364 | 2015 BMW Model: 550i 4-Door VIN: WBAKN9C58FD96090 MILEAGE: 120492 | $17,000.00 | WBAKN9C58FD960901 |
| 21-ATF-015366 | 2015 Lexus Model:IS 250 4-Door Black VIN: JTHBF1D2XF5052478 MILEAGE: 89067 | $15,675.00 | JTHBF1D2XF5052478 |
| 21-ATF-015368 | 2020 CAN-AM Ryker Rally Edition 900 ACE 20 MC Motorcycle VIN: 3JB2GEG25LJ000932 MILEAGE: 2344 | $8,020.00 | 3JB2GEG25LJ000932 |
| 21-ATF-015370 | 2013 Audi A8 L Quattro 4-Door VIN: WAURGAFD7DN001297 MILEAGE: 93122 | $14,475.00 | WAURGAFD7DN001297 |

**Seizure Date and Location:**  The asset(s) referenced in this notice letter were seized on April 13, 2021 by the ATF at Jacksonville, Florida.

**Forfeiture Authority:**  The forfeiture of this property has been initiated pursuant to 21 USC Section 881 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 21-ATF-019585 | $10,970.00 U.S. Currency | $10,970.00 | |
| 21-ATF-019591 | $68,065.00 U.S. Currency | $68,065.00 | |
| 21-ATF-019592 | $52,955.00 U.S. Currency | $52,955.00 | |
| 21-ATF-019593 | $9,949.00 U.S. Currency | $9,949.00 | |
| 21-ATF-019777 | $8,517.00 U.S. Currency | $8,517.00 | |
| 21-ATF-020069 | $606.86 U.S. Currency | $606.86 | |
| 21-ATF-020071 | $682.00 U.S. Currency | $682.00 | |
| 21-ATF-020078 | $26.75 U.S. Currency | $26.75 | |
| 21-ATF-020079 | $343.00 U.S. Currency | $343.00 | |
| 21-ATF-020082 | $3,745.00 U.S. Currency | $3,745.00 | |
| 21-ATF-020085 | $755.00 U.S. Currency | $755.00 | |
| 21-ATF-020087 | $258.00 U.S. Currency | $258.00 | |
| 21-ATF-020089 | $130.00 U.S. Currency | $130.00 | |
| 21-ATF-020094 | $140.00 U.S. Currency | $140.00 | |
| 21-ATF-020095 | $5.00 U.S. Currency | $5.00 | |
| 21-ATF-020105 | $111.00 U.S. Currency | $111.00 | |
| 21-ATF-020108 | $140.00 U.S. Currency | $140.00 | |

Kimberly Walker                                                                                Notice of Seizure

**Seizure Date and Location:**  The asset(s) referenced in this notice letter were seized on April 15, 2021 by the ATF at Jacksonville, Florida.

**Forfeiture Authority:**  The forfeiture of this property has been initiated pursuant to 18 USC Section 924(d) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| **ASSET ID** | **ASSET DESCRIPTION** | **ASSET VALUE** | **ACCT/VIN/SERIAL NO** |
|---|---|---|---|
| 21-ATF-017337 | 37 Rounds Tula Cartridge Works-Russia Ammunition CAL:45 | $3.70 | |

**Seizure Date and Location:**  The asset(s) referenced in this notice letter were seized on May 12, 2021 by the ATF at Jacksonville, Florida.

**Forfeiture Authority:**  The forfeiture of this property has been initiated pursuant to 21 USC Section 881 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| **ASSET ID** | **ASSET DESCRIPTION** | **ASSET VALUE** | **ACCT/VIN/SERIAL NO** |
|---|---|---|---|
| 21-ATF-020679 | NAVY FEDERAL CREDIT UNION CASHIER'S CHECK IN THE AMOUNT OF $4,387.76 CHECK #2602223833 | $4,387.76 | 7091284435 |



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Washington, DC 20226*
*www.atf.gov*

## DECLARATION OF ADMINISTRATIVE FORFEITURE

Agency Case Number : 767060-20-0052
Seizure Number : 01
Asset Identification : See Attached List

On 04/13/2021 at Jacksonville, FL, the described property(ies) was/were seized for forfeiture pursuant to 18 USC Section 981(a)(1)(C) A.

In accordance with 19 USC 1602-1621, notice of the seizure and intent to forfeit was published for thirty (30) consecutive days on the official government web site (www.forfeiture.gov) from May 10, 2021 to June 8, 2021 and was sent to each party who appeared to have an interest in this/these property(ies).

Because no claim was filed for the seized property within the time period provided by law from the date of the last publication of the Notice of Seizure or by the date required under the Personal Notice Letter mailed (whichever is applicable), it is hereby declared that the property referenced above by asset identification number or seizure number has been forfeited to the United States Government pursuant to Federal law.

*Clifford M. Luhn*
for Associate Chief Counsel, Asset Forfeiture Division
Office of Chief Counsel

**APPROVED**
*By Clifford M. Luhn at 12:09 pm, Aug 18, 2021*

**EXHIBIT A3**

**Asset List for Declaration of Administrative Forfeiture**  August 18, 2021 (11:13 am)

**Agency Case:** 767060-20-0052 Operation Walk It Out  **Seizure No:** 01

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | VIN/SERIAL NO |
|---|---|---|---|
| 21-ATF-015364 | 2015 BMW Model: 550i 4-Door VIN: WBAKN9C58FD960901 MIL | $16675.00 | WBAKN9C58FD960901 |
| 21-ATF-015366 | 2015 Lexus Model:IS 250 4-Door Black VIN: JTHBF1D2XF50 | $16675.00 | JTHBF1D2XF5052478 |
| 21-ATF-015368 | 2020 CAN-AM Ryker Rally Edition 900 ACE 20 MC Motorcyc | $9805.00 | 3JB2GEG25LJ000932 |
| 21-ATF-017328 | Jimenez Arms J.A.380 Pistol CAL:380 SN:287597 | $100.00 | 287597 |

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Washington, DC 20226*
*www.atf.gov*

# DECLARATION OF ADMINISTRATIVE FORFEITURE

| | | |
|---|---|---|
| Agency Case Number | : | 767060-20-0052 |
| Seizure Number | : | 02 |
| Vehicle ID Number | : | WAURGAFD7DN001297 |
| Asset Identification | : | 21-ATF-015370 |
| Asset Description | : | 2013 Audi A8 L Quattro 4-Door VIN: WAURGAFD7DN001297 MILEAGE: 93122 |

On 04/13/2021 at Jacksonville, FL, the described property(ies) was/were seized for forfeiture pursuant to 18 USC Section 981(a)(1)(C) A.

In accordance with 19 USC 1602-1621, notice of the seizure and intent to forfeit was published for thirty (30) consecutive days on the official government web site (www.forfeiture.gov) from May 10, 2021 to June 8, 2021 and was sent to each party who appeared to have an interest in this/these property(ies).

Because no claim was filed for the seized property within the time period provided by law from the date of the last publication of the Notice of Seizure or by the date required under the Personal Notice Letter mailed (whichever is applicable), it is hereby declared that the property referenced above by asset identification number or seizure number has been forfeited to the United States Government pursuant to Federal law.

*Clifford M. Luhn* (for)
_____
Associate Chief Counsel, Asset Forfeiture Division
Office of Chief Counsel

**APPROVED**
**By Clifford M. Luhn at 12:07 pm, Aug 18, 2021**