United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

 *Plaintiff,*

v.             **NO. 3:21-cr-48-TJC-PDB**

**KIMBERLY MICHELLE CLARIDY WALKER,**

 *Defendant.*

---

# Order

 The defendant moves for the return of personal property that was criminally forfeited through the final judgment of conviction, *see* Doc. 434 (citing Doc. 371), and other property administratively forfeited by the Bureau of Alcohol, Tobacco, and Firearms, *see* Doc. 281. Doc. 490. A direct appeal of the final judgment of conviction is pending. Doc. 453. The United States and the defendant's appellate counsel have briefed the issues. Docs. 493, 503, 507.

 For the property criminally forfeited, the motion is **denied** without prejudice for lack of jurisdiction. *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.").

For the property administratively forfeited, the motion must be brought as a civil matter under 18 U.S.C. § 983. For that property, the clerk is directed to open document 490 as a new civil case, and include in that docket documents 492, 493, 496, 497, 503, 504, 505, and 507. Appellate counsel has not been appointed to represent the defendant in a civil matter, and the defendant has not requested appointment of counsel under 18 U.S.C. § 983(b).

**Ordered** in Jacksonville, Florida, on August 10, 2023.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:  Chip Corsmeier, Assistant United States Attorney
    Gray Richard Proctor, Esquire
    Kimberly Michelle Claridy Walker